**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARICEL GONZALEZ,

    Plaintiff,

vs.

                                            CASE NO.:  8:17-cv-02908-SCB-MAP

JPMORGAN CHASE BANK, N.A.,

    Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

**COMES NOW** the Plaintiff, MARICEL GONZALEZ, and the Defendant, CHASE BANK USA, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 6th day of June, 2018.

| | |
|---|---|
| */s/ Amanda J. Allen, Esq.* | */s/ Jessica D. Rabinowitz, Esq.* |
| Amanda J. Allen, Esquire | Jessica D. Rabinowitz, Esquire |
| Florida Bar No. 0098228 | Florida Bar No. 106163 |
| Amanda@TheConsumerProtectionFirm.com | jrabinowitz@stroock.com |
| William Peerce Howard, Esquire | Brian C. Frontino, Esquire |
| Florida Bar No.: 0103330 | Florida Bar No. 95200 |
| Billy@TheConsumerProtectionFirm.com | bfrontino@stroock.com |
| THE CONSUMER PROTECTION FIRM | STROOCK & STROOCK & LAVAN LLP |
| 4030 Henderson Blvd. | 200 South Biscayne Blvd., Suite 3100 |
| Tampa, FL 33629 | Miami, FL 33131 |
| Telephone: (813) 500-1500 | Telephone: (305) 358-9900 |
| Facsimile: (813) 435-2369 | Facsimile: (305) 789-9302 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |